IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

FILED
APR 0 5 2018
Clerk, U.S District Court
District Of Montana
Great Falls

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | PETITION TO OPEN |
| VS. | ) | JUVENILE RECORDS |
| | ) | |
| GEORGE LEON GOODRIE | ) | DOCKET NO. CR 17-81-GF-BMM |

Whereas the above-named defendant has been charged with committing the offense of Prohibited Person in Possession of a Firearm, in United States District Court for the District of Montana, the Petitioner requests all juvenile and adult records pertaining to the defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, and school records be made available for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully,

Andrea L. Hedges
United States Probation Officer

April 5 2018
Date

## ORDER

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this 5 day of April 2018, the release of requested records, to include all juvenile and adult records pertaining to the defendant, including law enforcement, County Probation, County Welfare, Montana Department of Corrections records, and any records of alcohol, drug and mental health treatment, and school records, to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

Honorable Brian Morris
United States District Judge