IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>GEORGE LEON GOODRIE,<br><br>Defendant. | CR-17-81-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 21, 2024. (Doc. 66.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 20, 2024. (Doc.61.) The United States accused George Goodrie (Goodrie) of violating his conditions of supervised release 1) by failing to notify his probation officer that he

had a contact with law enforcement; 2) by removing his sweat patch; 3) by failing to notify his probation officer that he had changed his residence; 4) by using methamphetamine; 5) by failing to report to his probation officer as directed; and 6) by committing another crime. (Doc. 59.)

At the revocation hearing, Goodrie admitted to having violated the conditions of his supervised release 1) by failing to notify his probation officer that he had a contact with law enforcement; 2) by removing his sweat patch; 3) by failing to notify his probation officer that he had changed his residence; 4) by using methamphetamine; 5) by failing to report to his probation officer as directed; and 6) by committing another crime.  (Doc. 61.)  Judge Johnston found that the violations Goodrie admitted are serious and warrants revocation of his supervised release and recommends a sentence of 6 months, with 18 months of supervised release to follow. (Doc. 66.)  Goodrie was advised of his right to appeal and allocute before the undersigned and waived those rights. (Doc. 67.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 66) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant George Leon Goodrie be sentenced to the Bureau of Prison for 6 months with 18 months of supervised release to follow.

DATED this 27th day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court